UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN BOWLES n/k/a
LYNN PRICE,

    Plaintiff,

v.                                            CASE NO.: 8:12-cv-632-T-23EAJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
                                                  /

## **ORDER**

On July 19, 2013, Magistrate Judge Elizabeth A. Jenkins issued a report and recommendation (Doc. 12) finding that the ALJ's decision in this social security appeal comports with the applicable legal standards and enjoys substantial evidentiary support. The plaintiff objects. (Doc. 13)

Magistrate Judge Jenkins' report and recommendation is thorough and proper. The plaintiff's objections (Doc. 13) are **OVERRULED**, the report and recommendation (Doc. 12) is **ADOPTED**, and the decision of the Commissioner of Social Security is **AFFIRMED**.

The clerk is directed (1) to enter judgment in favor of the Commissioner of Social Security and (2) to close the case.

ORDERED in Tampa, Florida, on August 12, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE